**EXHIBIT A-4**

# INVOICE



**Interserver, Inc**
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

**PAID**

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 125891 | 05/24/2015 | 05/29/2015 | $3,401.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 06/10/2015 | 1 | 221128 | N | 7250823138 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 05/24/2015 | 06/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |

Sub Total: $3,401.00
(Credit): $0.00
Total Due: **$3,401.00**

## ≫ Register History for Invoice #125891

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 05/24/2015 | Generated Invoice | 125891 | $3,401.00 | $0.00 | $-3,401.00 |
| 06/10/2015 | Manual Payment (221128) | 125891 | $0.00 | $3,401.00 | $0.00 |

Go Back | Print Screen

# INVOICE 

**PAID**

Interserver, Inc
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 127050 | 07/01/2015 | 07/06/2015 | $115.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 07/14/2015 | 1 | 217781 | N | 7347090860 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo: server.veloxum.com | 1 | 04/01/2010 | 07/01/2015 | 08/01/2015 | Monthly | $115.00 | $0.00 | $0.00 | $115.00 |

Sub Total: $115.00
(Credit): $0.00
Total Due: **$115.00**

## » Register History for Invoice #127050

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 07/01/2015 | Generated Invoice | 127050 | $115.00 | $0.00 | $-115.00 |
| 07/14/2015 | Manual Payment (217781) | 127050 | $0.00 | $115.00 | $0.00 |

Go Back | Print Screen

| HOME | (Go Back)




Interserver, Inc
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

**PAID**

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 126802 | 06/24/2015 | 06/29/2015 | $3,401.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 07/14/2015 | 1 | 202984 | N | 7347073489 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 06/24/2015 | 07/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |
| | | | | | | | | Sub Total: | $3,401.00 |
| | | | | | | | | (Credit): | $0.00 |
| | | | | | | | | Total Due: | **$3,401.00** |

### Register History for Invoice #126802

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 06/24/2015 | Generated Invoice | 126802 | $3,401.00 | $0.00 | $-3,401.00 |
| 07/14/2015 | PayPal Subscription Payment: 4RP24590M23736715 | 126802 | $0.00 | $115.00 | $-3,286.00 |
| 07/14/2015 | Manual Payment (202984) | 126802 | $0.00 | $3,286.00 | $0.00 |

Go Back | Print Screen

» | HOME | (Go Back)

# INVOICE 

**Interserver, Inc**  
110 Meadowlands Pkwy  
Suite 100  
Secaucus, NJ 07094  
Phone: 877-566-8398

**P A I D**

Sue Guo  
Ambicom Holdings, Inc.  
500 Alder Drive  
Milpitas, CA 95035  
US  
408-321-0822  
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 127690 | 07/24/2015 | 07/29/2015 | $3,401.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 09/15/2015 | 1 | 225067 | N | 7529894115 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 07/24/2015 | 08/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |

Sub Total: $3,401.00  
(Credit): $0.00  
Total Due: **$3,401.00**

## » Register History for Invoice #127690

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 07/24/2015 | Generated Invoice | 127690 | $3,401.00 | $0.00 | $-3,401.00 |
| 08/14/2015 | PayPal Subscription Payment: 8E067266194006722 | 127690 | $0.00 | $115.00 | $-3,286.00 |
| 09/15/2015 | Manual Payment (225067) | 127690 | $0.00 | $3,286.00 | $0.00 |

Go Back | Print Screen



**INVOICE**

**PAID**

Interserver, Inc
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 127946 | 08/01/2015 | 08/06/2015 | $115.00 | $0.00 |
| **Batch Date** | **AuthRet** | **AuthCode** | **AVS** | **TransID** |
| 09/15/2015 | 1 | 256132 | N | 7529919430 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo: server.veloxum.com | 1 | 04/01/2010 | 08/01/2015 | 09/01/2015 | Monthly | $115.00 | $0.00 | $0.00 | $115.00 |

Sub Total: $115.00
(Credit): $0.00
Total Due: **$115.00**

≫ **Register History for Invoice #127946**

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 08/01/2015 | Generated Invoice | 127946 | $115.00 | $0.00 | $-115.00 |
| 09/15/2015 | Manual Payment (256132) | 127946 | $0.00 | $115.00 | $0.00 |

Go Back | Print Screen

» | HOME | (Go Back)



PAID

Interserver, Inc
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 128581 | 08/24/2015 | 08/29/2015 | $3,401.00 | $0.00 |
| **Batch Date** | **AuthRet** | **AuthCode** | **AVS** | **TransID** |
| 09/15/2015 | 1 | 258919 | N | 7529914949 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 08/24/2015 | 09/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |

Sub Total: $3,401.00
(Credit): $0.00
Total Due: **$3,401.00**

» Register History for Invoice #128581

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 08/24/2015 | Generated Invoice | 128581 | $3,401.00 | $0.00 | $-3,401.00 |
| 09/15/2015 | Manual Payment (258919) | 128581 | $0.00 | $3,401.00 | $0.00 |

Go Back | Print Screen

# INVOICE 

**Interserver, inc**
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

**PAID**

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 128830 | 09/01/2015 | 09/06/2015 | $115.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 09/15/2015 | 1 | 262544 | N | 7529923670 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo: server.veloxum.com | 1 | 04/01/2010 | 09/01/2015 | 10/01/2015 | Monthly | $115.00 | $0.00 | $0.00 | $115.00 |

Sub Total: $115.00
(Credit): $0.00
Total Due: **$115.00**

## Register History for Invoice #128830

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 09/01/2015 | Generated Invoice | 128830 | $115.00 | $0.00 | $-115.00 |
| 09/15/2015 | Manual Payment (262544) | 128830 | $0.00 | $115.00 | $0.00 |

Go Back | Print Screen

| HOME | (Go Back)

# INVOICE
PRINTER FRIENDLY

**Interserver, Inc**
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

**PAID**

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408-321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 129455 | 09/24/2015 | 09/29/2015 | $3,401.00 | $0.00 |
| Batch Date | AuthRet | AuthCode | AVS | TransID |
| 10/21/2015 | 1 | 252333 | Y | 7639680011 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 09/24/2015 | 10/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |

Sub Total: $3,401.00
(Credit): $0.00
Total Due: **$3,401.00**

**Outstanding Balance:2 Invoice(s) Now Due: $3,516.00**

## Register History for Invoice #129455

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 09/24/2015 | Generated Invoice | 129455 | $3,401.00 | $0.00 | $-3,401.00 |
| 10/21/2015 | Manual Payment (252333) | 129455 | $0.00 | $3,401.00 | $0.00 |

Go Back | Print Screen

 | **HOME** | (Go Back)



# INVOICE
PRINTER FRIENDLY

**PAID**

**Interserver, Inc**
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408-321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 129693 | 10/01/2015 | 10/06/2015 | $115.00 | $0.00 |
| **Batch Date** | **AuthRet** | **AuthCode** | **AVS** | **TransID** |
| 10/21/2015 | 1 | 237139 | Y | 7639688581 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo: server.veloxum.com | 1 | 04/01/2010 | 10/01/2015 | 11/01/2015 | Monthly | $115.00 | $0.00 | $0.00 | $115.00 |

Sub Total: $115.00
(Credit): $0.00
**Total Due: $115.00**

**Outstanding Balance:2 Invoice(s) Now Due: $3,516.00**

## Register History for Invoice #129693

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 10/01/2015 | Generated Invoice | 129693 | $115.00 | $0.00 | $-115.00 |
| 10/21/2015 | Manual Payment (237139) | 129693 | $0.00 | $115.00 | $0.00 |

Go Back | Print Screen

1/29/2016    INVOICE

 | HOME | (Go Back)


INVOICE
PRINTER FRIENDLY

**PAID**

◊ **Interserver, Inc**
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408-321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 130537 | 11/01/2015 | 11/06/2015 | $115.00 | $0.00 |
| **Batch Date** | **AuthRet** | **AuthCode** | **AVS** | **TransID** |
| 11/12/2015 | 1 | 220326 | Y | 7703122309 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo: server.veloxum.com | 1 | 04/01/2010 | 11/01/2015 | 12/01/2015 | Monthly | $115.00 | $0.00 | $0.00 | $115.00 |

Sub Total: $115.00
(Credit): $0.00
Total Due: **$115.00**

**Outstanding Balance:2 Invoice(s) Now Due: $3,516.00**

### Register History for Invoice #130537

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 11/01/2015 | Generated Invoice | 130537 | $115.00 | $0.00 | $-115.00 |
| 11/12/2015 | Manual Payment (220326) | 130537 | $0.00 | $115.00 | $0.00 |

Go Back | Print Screen

Interserver, Inc
110 Meadowlands Pkwy
Suite 100
Secaucus, NJ 07094
Phone: 877-566-8398

**PAID**

Sue Guo
Ambicom Holdings, Inc.
500 Alder Drive
Milpitas, CA 95035
US
408-321-0822
408-321-0826

| Invoice Number | Created On | Due Date | Amount | Total Due |
|---|---|---|---|---|
| 130302 | 10/24/2015 | 10/29/2015 | $3,401.00 | $0.00 |
| **Batch Date** | **AuthRet** | **AuthCode** | **AVS** | **TransID** |
| 11/12/2015 | 1 | 235744 | Y | 7703117050 |

| Package | QTY | Start Date | Renew Date | Next Renewal | Pay Period | Price | Setup | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Colo Rack: rack.ambicom.com | 1 | 10/24/2014 | 10/24/2015 | 11/24/2015 | Monthly | $3,401.00 | $0.00 | $0.00 | $3,401.00 |
| | | | | | | | | Sub Total: | $3,401.00 |
| | | | | | | | | (Credit): | $0.00 |
| | | | | | | | | Total Due: | **$3,401.00** |

**Outstanding Balance:2 Invoice(s) Now Due: $3,516.00**

## Register History for Invoice #130302

| Date | Description | Invoice | Due/Debit | Paid/Credit | Balance |
|---|---|---|---|---|---|
| 10/24/2015 | Generated Invoice | 130302 | $3,401.00 | $0.00 | $-3,401.00 |
| 11/12/2015 | Manual Payment (235744) | 130302 | $0.00 | $3,401.00 | $0.00 |

Go Back | Print Screen