# EXHIBIT A-5

**From:** Alena Egorova [mailto:Alena.Egorova@dataart.com]
**Sent:** Monday, September 14, 2015 9:56 AM
**To:** Kurt Toliver <kurt.toliver@drivershq.com>
**Cc:** dataart.billing <dataart.billing@dataart.com>
**Subject:** RE: Invoice from DataArt Solutions, Inc_PCD

Hi Kurt,

Please see the statement below. The current balance is 146,200.18 USD.
Please also note that the 1,500.00 USD were transferred to insurance company as commission for payment.

| Customer ID | Customer | Date | Invoice/CM # | Amount Due | Date Due |
|---|---|---|---|---|---|
| ABCH001 | Ambicom Holdings, Inc. | 10.23.2014 | 143101679 | 12 698.00 | 11.07.2014 |
| ABCH001 | Ambicom Holdings, Inc. | 11.17.2014 | 143111868 | 27 630.00 | 12.02.2014 |
| ABCH001 | Ambicom Holdings, Inc. | 12.01.2014 | 143121971 | 15 232.00 | 12.16.2014 |
| ABCH001 | Ambicom Holdings, Inc. | 12.16.2014 | 143122070 | 11 952.00 | 12.31.2014 |
| ABCH001 | Ambicom Holdings, Inc. | 01.05.2015 | 15301017 | 12 720.00 | 01.20.2015 |
| ABCH001 | Ambicom Holdings, Inc. | 01.18.2015 | 15301135 | 3 168.00 | 02.02.2015 |
| ABCH001 | Ambicom Holdings, Inc. | 01.18.2015 | 15301136 | 70.18 | 02.02.2015 |
| ABCH001 | Ambicom Holdings, Inc. | 03.04.2015 | 15303519 | 20 480.00 | 03.19.2015 |
| ABCH001 | Ambicom Holdings, Inc. | 03.04.2015 | 15303520 | 21 804.00 | 03.19.2015 |
| ABCH001 | Ambicom Holdings, Inc. | 04.07.2015 | 15304831 | 20 446.00 | 04.22.2015 |
| Total | Ambicom Holdings, Inc. | | | 146 200.18 | |

Should you have any questions please don't hesitate to ask me.

*Thanks,*
**Alena**

**From:** Kurt Toliver [mailto:kurt.toliver@drivershq.com]
**Sent:** Friday, September 11, 2015 7:17 PM
**To:** Alena Egorova
**Cc:** dataart.billing
**Subject:** RE: Invoice from DataArt Solutions, Inc_PCD



# Invoice

**Invoice Number:** 153051103
**Invoice Date:** 13 May 2015
**Page:** 1

DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Voice:** (212) 378-4108
**Fax:** (212) 937-2210

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1,
Suite 200
Austin, Texas, 78733
USA

Bank name: CITIBANK N.A.
Bank address: 1 Park Ave, New York, NY 10016
Acct #: 994-709-5920
ABA Routing number: 021-0000-89
SWIFT: CITIUS33

**Customer ID:** PCD001

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 28 May 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 168.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Apr - 30 Apr 2015. Alexander Poplavskiy's efforts. | 42.00 | 7,056.00 |
| 176.00 | QSOFT002 | Dmitry Afanasyev's efforts. | 40.00 | 7,040.00 |
| 176.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 8,800.00 |

ENTERED 5/15/15

**Check No:** PAID 5/27/15 #498095305

| | |
|---|---|
| Subtotal | 22,896.00 |
| Sales Tax | |
| Total Invoice Amount | 22,896.00 |
| Payment Received | |
| TOTAL | 22,896.00 |



# Invoice

**Invoice Number:**
153061318

DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Invoice Date:**
8 Jun 2015

| Voice: | (212) 378-4108 |
|---|---|
| Fax: | (212) 937-2210 |

**Page:**
1

Bank name: CITIBANK N.A.
Bank address: 1 Park Ave, New York, NY 10016
Acct #: 994-709-5920
ABA Routing number: 021-0000-89
SWIFT: CITIUS33

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1,
Suite 200
Austin, Texas, 78733
USA

**Customer ID:** PCD001

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 23 Jun 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 112.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 May - 31 May 2015. Alexander Poplavskiy's efforts. | 42.00 | 4,704.00 |
| 144.00 | QSOFT002 | Dmitry Afanasyev's efforts. | 40.00 | 5,760.00 |
| 80.00 | QSOFT002 | Dmitry Kraynik's efforts. | 37.00 | 2,960.00 |
| 152.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 7,600.00 |

ENTERED
JUN 10 2015
BY:



PAID
CK NO    DATE 6/17/15
#4979602453
ENTERED
6/17/16

| | |
|---|---|
| Subtotal | 21,024.00 |
| Sales Tax | |
| Total Invoice Amount | 21,024.00 |
| Total Payment Received | |
| TOTAL | 21,024.00 |



# Invoice

**Invoice Number:**
153071603

**Invoice Date:**
13 Jul 2015

**Page:**
1

DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Voice:** (212) 378-4108
**Fax:** (212) 937-2210

Bank name: CITIBANK N.A.
Bank address: 1 Park Ave, New York, NY 10016
Acct #: 994-709-5920
ABA Routing number: 021-0000-89
SWIFT: CITIUS33

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1,
Suite 200
Austin, Texas, 78733
USA

**Customer ID:** PCD001

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 28 Jul 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 144.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Jun - 30 Jun 2015. Alexander Poplavskiy's efforts. | 42.00 | 6,048.00 |
| 160.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 8,000.00 |
| 160.00 | QSOFT002 | Timur Markichev's efforts. | 40.00 | 6,400.00 |

ENTERED
JUL 14 2015
BY: _____


PAID 7/22/15
#4981235577

| | |
|---|---|
| Subtotal | 20,448.00 |
| Sales Tax | |
| Total Invoice Amount | 20,448.00 |
| Total Payment Received | |
| TOTAL | 20,448.00 |



DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Voice:** (212) 378-4108
**Fax:** (212) 937-2210

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1,
Suite 200
Austin, Texas, 78733

USA

**Customer ID:** PCD001

# Invoice

**Invoice Number:**
153081835

**Invoice Date:**
10 Aug 2015

**Page:**
1

Bank name: CITIBANK N.A.
Bank address: 1 Park Ave, New York, NY 10016
Acct #: 994-709-5920
ABA Routing number: 021-0000-89
SWIFT: CITIUS33

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 25 Aug 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 168.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Jul - 31 Jul 2015. Alexander Poplavskiy's efforts. | 42.00 | 7,056.00 |
| 184.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 9,200.00 |
| 155.00 | QSOFT002 | Timur Markichev's efforts. | 40.00 | 6,200.00 |

PAID POSTED
8/28/15
#4962741020

ENTERED
AUG 13 2015
BY:

| | |
|---|---|
| Subtotal | 22,456.00 |
| Sales Tax | |
| Total Invoice Amount | 22,456.00 |
| Total Payment Received | |
| TOTAL | 22,456.00 |



DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Voice:** (212) 378-4108
**Fax:** (212) 937-2210

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1,
Suite 200
Austin, Texas, 78733
USA

**Customer ID:** PCD001

# Invoice

**Invoice Number:**
153092071

**Invoice Date:**
7 Sep 2015

**Page:**
1

Bank name: PNC Bank, N.A.
Bank address: 500 First Ave, Pittsburgh, PA 15219
Acct #: 802-633-0135
ABA Routing number: 031-2076-07
SWIFT: PNCCUS33

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 22 Sep 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 160.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Aug - 31 Aug 2015. Alexander Poplavskiy's efforts. | 42.00 | 6,720.00 |
| 168.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 8,400.00 |
| 168.00 | QSOFT002 | Timur Markichev's efforts. | 40.00 | 6,720.00 |

ENTERED 9/7/15

| | |
|---|---|
| Subtotal | 21,840.00 |
| Sales Tax | |
| Total Invoice Amount | 21,840.00 |
| Total Payment Received | |
| TOTAL | 21,840.00 |



DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

Voice: (212) 378-4108
Fax: (212) 937-2210

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1, Suite 200
Austin, Texas, 78733
USA

# Invoice

**Invoice Number:**
153102287

**Invoice Date:**
2 Oct 2015

**Page:**
1

Bank name: PNC Bank, N.A.
Bank address: 500 First Ave, Pittsburgh, PA 15219
Acct #: 802-633-0135
ABA Routing number: 031-2076-07
SWIFT: PNCCUS33

**Customer ID:** PCD001

| Customer PO | Payment Terms | Due Date | Sales Rep ID |
|---|---|---|---|
|  | Net 15 Days | 17 Oct 2015 |  |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 176.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Sep - 30 Sep 2015. Alexander Poplavskiy's efforts. | 42.00 | 7,392.00 |
| 100.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 5,000.00 |
| 120.00 | QSOFT002 | Timur Markichev's efforts. | 40.00 | 4,800.00 |

ENTERED
OCT -7 2015
BY:_____

# 4985208059

| | |
|---|---|
| Subtotal | 17,192.00 |
| Sales Tax |  |
| Total Invoice Amount | 17,192.00 |
| Total Payment Received |  |
| **TOTAL** | 17,192.00 |



# Invoice

**Invoice Number:**
153112596

**Invoice Date:**
5 Nov 2015

**Page:**
1

DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

| Voice: | (212) 378-4108 |
|---|---|
| Fax: | (212) 937-2210 |

Bank name: PNC Bank, N.A.
Bank address: 500 First Ave, Pittsburgh, PA 15219
Acct #: 802-633-0135
ABA Routing number: 031-2076-07
SWIFT: PNCCUS33

**Sold To:**

PC Drivers Headquarters, LP
9433 FM 2244, Building 1, Suite 200
Austin, Texas, 78733
USA

**Customer ID:** PCD001

| Customer PO | Payment Terms | Due Date | Total Amount For Payment |
|---|---|---|---|
|  | Net 15 Days | 20 Nov 2015 | 13,464.00 (USD) |

| Quantity | Item | Description | Unit Price (USD) | Extension |
|---|---|---|---|---|
| 92.00 | QSOFT002 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Oct - 31 Oct 2015. Alexander Poplavskiy's efforts. | 42.00 | 3,864.00 |
| 64.00 | QSOFT002 | Gregory Burmistrov's efforts. | 50.00 | 3,200.00 |
| 160.00 | QSOFT002 | Timur Markichev's efforts. | 40.00 | 6,400.00 |

| | |
|---|---|
| Subtotal | 13,464.00 |
| Sales Tax | |
| Total Invoice Amount | 13,464.00 |
| Total Payment Received | |
| **TOTAL** | 13,464.00 |



DataArt Solutions, Inc.
475 Park Avenue South 15th fl
New York, NY 10016 USA.

**Voice:** (212) 378-4108
**Fax:** (212) 937-2210

**Sold To:**
PC Drivers Headquarters, LP
9433 FM 2244, Building 1, Suite 200
Austin, Texas, 78733
USA

**Customer ID:** PCD001

# Invoice

**Invoice Number:**
153122826

**Invoice Date:**
2 Dec 2015

**Page:**
1

Bank name: PNC Bank, N.A.
Bank address: 500 First Ave, Pittsburgh, PA 15219
Acct #: 802-633-0135
ABA Routing number: 031-2076-07
SWIFT: PNCCUS33

| Customer PO | Payment Terms | Due Date | Total Amount For Payment |
|---|---|---|---|
|  | Net 15 Days | 17 Dec 2015 | 19,876.00 (USD) |

| Quantity | Description | Unit Price (USD) | Extension |
|---|---|---|---|
| 168.00 | Ambicom -> (PC Drivers Headquarters) Dedicated team project for the period 01 Nov - 30 Nov 2015. Alexander Poplavskiy's efforts. | 42.00 | 7,056.00 |
| 152.00 | Gregory Burmistrov's efforts. | 50.00 | 7,600.00 |
| 168.00 | Timur Markichev's efforts. | 40.00 | 6,720.00 |
| 1.00 | Discount. | -1,500.00 | -1,500.00 |

|  |  |
|---|---|
| **Subtotal** | 19,876.00 |
| **Sales Tax** |  |
| **Total Invoice Amount** | 19,876.00 |
| **Total Payment Received** |  |
| **TOTAL** | 19,876.00 |

| Project Name | Staff Name | Timesheet Date | Timesheet | Hours | Rate (USD) | Cost (USD) |
|---|---|---|---|---|---|---|
| Ambicom -> (PC Drivers Headquarters) | Alexander Poplavskiy | 11/2/2015 | iPTE client test automation | 8 | | |
| | | 11/3/2015 | iPTE client test automation | 8 | | |
| | | 11/4/2015 | iPTE client test automation | 8 | | |
| | | 11/5/2015 | iPTE client test automation | 8 | | |
| | | 11/6/2015 | iPTE client test automation | 8 | | |
| | | 11/9/2015 | iPTE client test automation | 8 | | |
| | | 11/10/2015 | iPTE client test automation | 8 | | |
| | | 11/11/2015 | iPTE client test automation | 8 | | |
| | | 11/12/2015 | iPTE client test automation | 8 | | |
| | | 11/13/2015 | iPTE client test automation | 8 | | |
| | | 11/16/2015 | iPTE client testing automation work | 8 | | |
| | | 11/17/2015 | iPTE client testing automation work | 8 | | |
| | | 11/18/2015 | iPTE client testing automation work | 8 | | |
| | | 11/19/2015 | iPTE client testing automation work | 8 | | |
| | | 11/20/2015 | iPTE client testing automation work | 8 | | |
| | | 11/23/2015 | iPTE client test automation | 8 | | |
| | | 11/24/2015 | iPTE client test automation | 8 | | |
| | | 11/25/2015 | iPTE client test automation | 8 | | |
| | | 11/26/2015 | iPTE client test automation | 8 | | |
| | | 11/27/2015 | Ruby server-side work on sensors | 8 | | |
| | | 11/30/2015 | iPTE client testing automation | 8 | | |
| | | Total | | 168 | 42 | 7056 |
| **Alexander Poplavskiy total efforts:** | | | | **168** | | |
| | Gregory Burmistrov | 11/3/2015 | system maintenance, meetings, proje | 8 | | |
| | | 11/5/2015 | system maintenance, meetings, estim | 8 | | |
| | | 11/6/2015 | system maintenance, meetings, proje | 8 | | |
| | | 11/9/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/10/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/11/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/12/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/13/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/16/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/17/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/18/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/19/2015 | working on system maintenance, zabl | 8 | | |
| | | 11/20/2015 | working on system maintenance, zabl | 8 | | |

| Date | Description | Hours | | |
|---|---|---|---|---|
| 11/23/2015 | working on system maintenance, zabl | 8 | | |
| 11/24/2015 | working on system maintenance, zabl | 8 | | |
| 11/25/2015 | working on system maintenance, zabl | 8 | | |
| 11/26/2015 | working on system maintenance, zabl | 8 | | |
| 11/27/2015 | working on system maintenance, zabl | 8 | | |
| 11/30/2015 | working on system maintenance, zabl | 8 | | |
| Total | | 152 | 50 | 7600 |
| **Gregory Burmistrov total efforts:** | | **152** | | |
| Timur Markichev | 11/2/2015 | Doing Mainance. | 8 | |
| | 11/3/2015 | Doing Mainance. Verified fixes in the | 8 | |
| | 11/4/2015 | Running QA cycle. Doing Mainance. | 8 | |
| | 11/5/2015 | Doing Mainance. Discussing AO. | 8 | |
| | 11/6/2015 | Doing Mainance. | 8 | |
| | 11/9/2015 | Doing Mainance. | 8 | |
| | 11/10/2015 | Doing Mainance. Updating jsUUID pa | 8 | |
| | 11/11/2015 | Doing Mainance. | 8 | |
| | 11/12/2015 | Doing Mainance. | 8 | |
| | 11/13/2015 | Doing Mainance. | 8 | |
| | 11/16/2015 | Doing Mainance. | 8 | |
| | 11/17/2015 | Doing Mainance. | 8 | |
| | 11/18/2015 | Doing Mainance. | 8 | |
| | 11/19/2015 | Doing Mainance. | 8 | |
| | 11/20/2015 | Doing Mainance. | 8 | |
| | 11/23/2015 | Doing Mainance. | 8 | |
| | 11/24/2015 | Doing Mainance. | 8 | |
| | 11/25/2015 | Doing Mainance. | 8 | |
| | 11/26/2015 | Doing Mainance. | 8 | |
| | 11/27/2015 | Doing Mainance. | 8 | |
| | 11/30/2015 | Doing Mainance. | 8 | |
| Total | | 168 | 40 | 6720 |
| **Timur Markichev total efforts:** | | **168** | | |
| **Total** | | **488** | | **21376** |